Argued May 22, affirmed May 22, petition for rehearing denied
June 14, petition for review denied September 5, 1973

STATE OF OREGON, *Respondent, v.* RICHARD
CHARLES LARKIN (No. 9409), *Appellant.*

509 P2d 1221

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Gary S. Thompson,* District Attorney, Prineville, argued the cause and filed the brief for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.